UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) |

3:09-md-02100-DRH

MDL No. 2100

**This Document Relates to:**

| | |
|---|---|
| *Pamela Dorsett v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10987-DRH |
| *Erica Marie Haas v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11128-DRH |
| *Ashley Joanna Hicks v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10048-DRH |
| *Joy Irby v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10731-DRH |
| *Kathryn McArdle v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10724-DRH |
| *Penelope Nelson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10366-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to the Stipulations of Dismissal filed on September 4, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
             **Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2015.09.08 13:15:53 -05'00'

APPROVED:
        DISTRICT JUDGE
        U. S. DISTRICT COURT

2